BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
SAMUEL P. GO
Assistant Director

NICOLE P. GRANT
Senior Litigation Counsel
GA Bar# 417121
Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868
Washington, DC 20044
Tel: (202) 598-2731
Email: nicole.p.grant@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| ISIDRO ESQUIVEL ORTEGA and MIGUEL ESQUIVEL BELLO, <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT SANDERS, FIELD OFFICE DIRECTOR, CHATSWORTH, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, IN HIS OFFICIAL CAPACITY, et al., <br><br> Defendants. | Case No. 3:24-cv-05445-MLP <br><br> **ORDER GRANTING STIPULATED MOTION FOR EXTENSION TO ANSWER** |

1

Pursuant to stipulation, and for good cause shown, IT IS ORDERED that Defendants' time to answer, move, or otherwise respond to the complaint is extended to October 15, 2024.

DATED this 15th day of August, 2024.

_____
BENJAMIN H. SETTLE
United States District Judge

2